**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Percell A. DAVIS, Defendant–Appellant.**

**No. 01–7162.**

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 4, 2001.

Decided Oct. 12, 2001.

Percell A. Davis, pro se. Fernando Groene, Office of the United States Attorney, Norfolk, VA, for appellee.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Percell A. Davis seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001), and denying subsequent motions to amend his § 2255 motion and for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.* *United States v. Davis,* Nos. CR–98–47; CA–01–392–2 (E.D. Va. June 8, June 18, and June

\* We recently held in *United States v. Sanders,* 247 F.3d 139 (4th Cir.2001), that the new rule announced in *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435

27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

(2000), is not retroactively applicable to cases on collateral review. Accordingly, Davis' *Apprendi* claim is not cognizable.